[No. 41803-7-II.   Division Two.   September 5, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY DAVID SCHOENBEIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-00558-9, Bryan E. Chushcoff, J., entered February 11, 2011. *Reversed* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Johanson, A.C.J.; Quinn-Brintnall, J., concurring separately.

[No. 42112-7-II.   Division Two.   September 5, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW PETER RASMUSSEN III, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 10-1-00292-1, Gordon Godfrey, J., entered May 9, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Hunt, JJ.

[No. 42255-7-II.   Division Two.   September 5, 2012.]

THE STATE OF WASHINGTON, *Appellant*, v. R.M.S., *Respondent*.

Appeal from a judgment of the Superior Court for Pacific County, No. 11-8-00015-3, Michael J. Sullivan, J., entered June 9, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Penoyar, JJ.

[No. 42395-2-II.   Division Two.   September 5, 2012.]

HARLAN CLAIRE STIENTJES FAMILY TRUST ET AL., *Respondents*, v. THURSTON COUNTY BOARD OF COUNTY COMMISSIONERS ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-2-01593-8, George L. Wood, J. Pro Tem., entered July 8, 2011. *Reversed* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Hunt, J.